Petition for Writ of Mandamus Denied and Memorandum Opinion filed May 4,
 2006









Petition
for Writ of Mandamus Denied and Memorandum Opinion filed May 4, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00251-CV

____________

 

IN RE GHULAM BOMBAYWALA and GBAK PROPERTIES, INC., Relators

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M  O P I N I O N

On March
22, 2006, relators, Ghulam Bombaywala and GBAK Properties, Inc., filed a
petition for writ of mandamus in this Court,[1]
requesting we direct the Honorable Brent Gamble, presiding judge of the 270th
District Court of Harris County, Texas, to vacate his order of December 6,
2005, authorizing the sale of certain property, and to declare void the sale
pursuant to that order.    

Relators have failed to establish they are entitled to the
requested mandamus relief and accordingly, 

we deny relators= petition for writ of mandamus.                          








 

 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed May 4, 2006.

Panel consists of Justices Anderson,
Edelman and Frost. 











[1]See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see  also  Tex. R. App. P. 52.1.